THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ADOLPH KEITEL, Appellant.

*People* v. *Keitel*, 172 App. Div. 906, affirmed.
(Argued February 7, 1917; decided February 27, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 21, 1916, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of libel.

*Joseph Schottland* for appellant.

*Edward Swann, District Attorney* (*John G. Dyer* and *Robert S. Johnstone* of counsel), for respondent.

Judgment affirmed; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.